IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, et al.,<br><br>  Plaintiffs,<br><br>vs.<br><br>JOHN MEHLHOFF, State Director, the BUREAU OF LAND MANAGEMENT, et al.,<br><br>  Defendants. | CV 20-19-BLG-SPW-TJC<br><br>**ORDER** |

Before the Court is the parties' joint motion to stay proceedings. (Doc. 16.) Good cause appearing, IT IS HEREBY ORDERED that this matter is temporarily stayed pending the outcome of ongoing negotiations to resolve the case. If the case does not settle, the parties shall file a Status Report with the Court on or before October 14, 2020.

DATED this 14th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge