

FILED

SEP 1 8 2020

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL; ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> v. <br><br> JOHN J. MEHLHOFF, State Director; the BUREAU OF LAND MANAGEMENT; DEPARTMENT OF THE INTERIOR; DAVID BERNHARDT, Secretary of the Interior, <br><br> Defendants. | **1:20-cv-00019-BLG-SPW-TJC** <br><br> **ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS** |

On September 17, 2020, Defendants moved to dismiss Plaintiffs' Complaint for lack of subject matter jurisdiction pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(h)(3). (Doc. 18). Defendants' Motion to Dismiss is unopposed. For good cause being found,

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss (Doc. 18) is **GRANTED** pursuant to Rule 12(b)(1).   Plaintiffs' Complaint is hereby **DISMISSED with prejudice**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this ____17th____ day of September, 2020.

_Susan P. Watters_
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE