IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL; ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiffs,<br><br>v.<br><br>JOHN MEHLHOFF, State Director; the BUREAU OF LAND MANAGEMENT; DAVID BERNHARDT, Secretary, DEPARTMENT OF THE INTERIOR, an agency of the United States,<br><br>Defendants. | Case No. 1:20-cv-00019-BLG-SPW<br><br>**ORDER** |

Upon the Plaintiffs' Notice of Withdrawal of Plaintiffs' Motion for Fees and Costs (Doc. 35), and for good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Attorney Fees and Other Expenses Under the Equal Access to Justice Act (Doc. 22) is **DENIED** as moot.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 22nd day of January, 2021.

/s/ Susan P. Watters
SUSAN P. WATTERS
UNITED STATES DISTRICT JUDGE